IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN JONES,

    Plaintiff,

v.

UNIT MANAGER BROWN, et al.

    Defendants.

ORDER

Case No. 25-cv-1063-jdp

Plaintiff Melvin Jones has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than January 26, 2026. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Melvin Jones may have until January 26, 2026 to submit a certified trust fund account statement for the period beginning approximately June 29, 2025 and ending approximately December 29, 2025. If plaintiff fails to respond to this order by

January 26, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

    Entered this 31st day of December, 2025.

        BY THE COURT:

        /s/
        ANDREW R. WISEMAN
        United States Magistrate Judge